UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:19-cv-81485-DMM

STEPHEN and FELICIA EAKER,
as parents and natural guardians
of minor, Eaker,

    Plaintiff,

v.

TARGET CORPORATION,

    Defendant,
_____/

## DEFENDANT TARGET CORPORATION'S ANSWER, AFFIRMATIVE DEFENSES AND DEMAND FOR JURY TRIAL

COMES NOW the Defendant, TARGET CORPORATION, a Foreign Corporation, by and through its undersigned counsel, and pursuant to Rule 7 of the Federal Rules of Civil Procedure, hereby files this Answer, Affirmative Defenses and Demand for Jury Trial in Response to Plaintiff's Complaint, and states as follows:

1. The Defendant is without knowledge as to the allegations in paragraphs 1, 2, 3 and 4, and demands strict proof thereof.

2. The Defendant admits the allegations in paragraphs 5, 6, 7, 8 only to the extent that the Defendant, TARGET CORPORATION, a foreign corporation that is headquartered in Minneapolis, Minnesota, and operated the Target store located at 10201 Hagen Ranch Rd, Boynton Beach, FL 33437; otherwise denied.

3. The Defendant denies the allegations in paragraphs 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, and 22 (including all subparts).

4. Any and all allegations of the Complaint not hereinbefore specifically admitted are denied.

## AFFIRMATIVE DEFENSES

1. As and for a first affirmative defense, the Defendant would state that the Plaintiffs' own negligence bars the Plaintiff from recovery against the Defendant or alternatively requires that any recovery by Plaintiff should be comparatively reduced due to the Plaintiffs' contribution to negligence.

2. As and for a second affirmative defense, the Defendant would state that the injuries allegedly suffered by the Plaintiff were the result of the negligence of a third party(ies) over whom the Defendant did not exercise any supervision, responsibility or control, to wit: Stephen and Felicia Eaker.

3. As and for a third affirmative defense, the Defendant would state that the Plaintiffs have been reimbursed for any and all losses, including lost wages and medical expenses due to personal injury as a result of the alleged incident asserted herein by one or more of the collateral sources set forth in Florida Statute §768.76.

4. As and for a fourth affirmative defense, the Defendant would state that to the extent that the Plaintiffs have alleged and/or claims aggravation of a pre-existing injury, the Defendant is entitled to a set off from any other tortfeasor who has paid monies in settlement of this claim, as well as prior or subsequent accident claims.

5. As and for a fifth affirmative defense, the Defendant raises as an affirmative defense the provisions of Florida Statute §768.81 and Fabre v. Marin, limiting the Defendant's liability to the percentage of fault of this Defendant only.

6. As and for a sixth affirmative defense, the Defendant would state that it is entitled to a set-

off for the amount of medical bills that were written off by medical providers who examined and/or treated Plaintiff pursuant to the Plaintiff's contracts with a health maintenance organization and/or other health insurer, and/or which were reduced via payment by Medicare. <u>Thyssenkrupp Elevator Corp. v. Lasky</u>, 868 So.2d 547 (Fla. 4th DCA 2003).

7. As and for a seventh affirmative defense, this Defendant would state that Florida Statute section 768.0755 applies to the subject action, and that Plaintiff cannot establish actual or constructive notice on the part of the Defendant of the dangerous condition alleged such that this action is barred.

## DEMAND FOR JURY TRIAL

The Defendant respectfully demands this Honorable Court for trial by a jury of all issues so triable as of right.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on November 6, 2019 which will provide copies to: Cassidy Loutos, Esquire, Loutos Law, PLLC, 1193 SE Port St. Lucie Blvd., Port St. Lucie, FL 34952; cassidy@loutoslaw.com (*Attorneys for the Plaintiff*).

>VERNIS & BOWLING OF BROWARD, P.A.
>5821 Hollywood Boulevard
>Hollywood, FL  33021
>Ph: (954) 927-5330
>Fax: (954) 927-5320
>*Attorneys for Defendant Target Corporation*
>
>BY:   */s/ Carlton A. Bober*
>CARLTON A. BOBER, ESQUIRE
>FL Bar No.: 827710
>Primary Email: cbober@florida-law.com
>Sec. Email: agallagher@florida-law.com