UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:19-cv-81485-DMM

STEPHEN and FELICIA EAKER,
as parents and natural guardians
of minor, Eaker,

    Plaintiff,

vs.

TARGET CORPORATION,

    Defendant.
_____/

## DEFENDANT, TARGET CORPORATION'S NOTICE OF FILING CIVIL COVER SHEET IN SUPPORT OF NOTICE OF REMOVAL [DE 1]

Defendant, TARGET CORPORATION (hereinafter "TARGET"), by and through its undersigned counsel, and hereby files with this Court its **Civil Cover Sheet** in support of its Notice of Removal [DE 1].

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on November 15, 2019 which will provide copies to: Cassidy Loutos, Esquire, Loutos Law, PLLC, 1193 SE Port St. Lucie Blvd., Port St. Lucie, FL 34952; cassidy@loutoslaw.com (*Attorneys for the Plaintiff*).

**VERNIS & BOWLING OF BROWARD, P.A.**
5821 Hollywood Blvd
Hollywood, FL 33021
Ph: (954) 927-5330
Fax: (954) 927-5320
*Attorneys for Defendant, Target Corporation*

By:    */s/ Carlton A. Bober*
       Carlton A. Bober, ESQUIRE
       Florida Bar No.: 827710
       Primary Email: cbober@florida-law.com
       Secondary Email: agallagher@florida-law.com